**UNITED STATES of America, Plaintiff—Appellee,**

v.

**John Panos KISSONAS, aka John P. Kissonas, Defendant—Appellant.**

Nos. 01–50587, 03–50243.

United States Court of Appeals, Ninth Circuit.

Submitted May 10, 2004.*

Decided May 18, 2004.

Miriam A. Krinsky, AUSA, John S. Gordon, AUSA, Ronald L. Cheng, Esq., Michael J. Raphael, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

John Panos Kissonas, Taft, CA, pro se.

Kenneth Miller, San Clemente, CA, for Defendant–Appellant.

Before: CANBY, KOZINSKI and PAEZ, Circuit Judges.

MEMORANDUM **

John Panos Kissonas appeals his guilty-plea conviction and sentence for conspiracy, wire fraud and aiding and abetting in violation of 18 U.S.C. §§ 2, 371 and 1343. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Kissonas has filed a brief stat-

ing that he finds no grounds for relief, along with a motion to withdraw as counsel of record.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgments are **AFFIRMED.** Kissonas's second motion for an extension of time to file supplemental pleadings, received March 8, 2004, is **DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

